UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WIJDAN S. ABOGILAL,

        Plaintiff,

                                                  Case No. 05-CV-70415
vs.                                            HON. GEORGE CARAM STEEH

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION;
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (# 14);
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (# 18), AND;
DISMISSING PLAINTIFF'S CLAIMS

      This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Wijdan Abogilal's claim for judicial review of defendant Commissioner of Social Security's denial of her May 28, 1997 application for supplemental security income benefits. The matter was referred to Magistrate Judge Donald Scheer. On September 28, 2005, Magistrate Judge Scheer issued a 10-page Report and Recommendation recommending that defendant's motion for summary judgment be granted, that plaintiff's motion for summary judgment be denied, and that judgment enter in favor of defendant Commissioner. Plaintiff has not filed timely objections to the Report and Recommendation. See 28 U.S.C. § 636(b)(1); E.D. Mich. L.R. 72.1(d)(2).

      Having reviewed the record and Report and Recommendation, and in the absence of timely objections, the court hereby ACCEPTS Magistrate Judge Scheer's well reasoned September 28, 2005 Report and Recommendation as its own. Plaintiff's motion for

summary judgment is hereby DENIED.  Defendant's motion for summary judgment is hereby GRANTED.  Plaintiff Wijdan Abogilal's claim is hereby DISMISSED with prejudice.

SO ORDERED.

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

Dated:  October 20, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on October 20, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee  
Secretary/Deputy Clerk